United States District Court
Nothern District Of Georgia

MAY 08 2008

JAMES _____, Clerk
BY: _____ Deputy Clerk

Robert Betton Su
Petitioner

V

Hill & Associates Inc
Respondents

1 08-mi-0194

① On 27 May 08 At 0856 Hill & Associates Fax Over A Residential Verification Form To My Rental Apt To A Takia Cooper. To Get Info On Me. Ms Cooper Called Me & Ask Me Was I Moving I Said No She Told Me That Hill & Asc Fax Over A Form With My Signature On it. I Told Her Not To Fax it Back Because I Dont No Them. Nor Even Talk To Them. Hill & Associates is Representing Aut Acceptance I Am Late Paying My Car Note. So What They Did was They Took My Signature Off My Car Loan Application Applied it To This Fake Residential Verification Form & Fax it To My Apt Complex. I Never Saw This Form or Plense Sign This at All. They Stole My I.D. & Forge This Form. Look At The Form The Form Print is Different From The Signature Block.

② I Am Claiming Felony Fraud, I.D. Theft, Wire Fraud Through Fax, Unauthorize Transfer Of Signature From one Form To Another To Gain Info on me without my Consent.

③ I Want A jury Trial

④ I Asking For 10 million In Damages

28 MAY 08

Robert Belcher Sr
41 Conner Lane
Union City, GA. 30291
7-899-7334

Oakley Woods Apt
Karin Cooper
6300 Oakley Rd
Union City GA. 30291
Off 770-964-9453
Fax 770 964-0115

**HILL & ASSOCIATES, INC.**
**P.O. BOX 4513**
**MARIETTA, GA 30061-4513**
**770-590-7333**
**770-590-7378 – FAX**

**TO :** _Oakley Woods Apts_

**FROM :** **HILL & ASSOCIATES, INC.**

**RE: RESIDENTIAL VERIFICATION**

**ON :** _Robert Belcher_

  1. **MOVE IN DATE :** _6/8/07_

  2. **DATE MOVED OUT (IF APPLICABLE):**

  3. **LEASE TERM :** _6/10/08 — 6/10/09_

  4. **IS RENT CURRENT?** (YES) OR NO  _Due 6/1/08_

  5. **HOME ADDRESS :** _41 conner hane_

  _union city, Ga 30291_

  6. **HOME PHONE #** _(  )  ▮ - ▮▮_

**PLEASE FAX WITHIN TWO HOURS TO INSURE PROMPT SERVICE TO OUR CUSTOMERS.**

_ROBERT BELCHER_

**THANK YOU,**